**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1121**

———————

WILLIAM P. HALEY,

Plaintiff - Appellant,

versus

STATE OF VIRGINIA; GOVERNOR JAMES S. GILMORE, III,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-99-1204-2)

———————

Submitted:  March 23, 2000          Decided:  March 30, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William P. Haley, Appellant Pro Se.  William Eugene Thro, CHRISTOPHER NEWPORT UNIVERSITY, Newport News, Virginia; Ronald Curtis Forehand, Senior Assistant Attorney General, Ashley Lionel Taylor, Jr., Assistant Attorney General, Alton Andrew Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William P. Haley appeals the district court's orders dismissing his civil action and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Haley v. Virginia</u>, No. CA-99-1204-2 (E.D. Va. Nov. 30, 1999 & Jan. 10, 2000). We deny as moot Haley's motion to expedite and deny his motion for general relief. We deny Haley's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>